| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 4/1/2020 |

ZINETA GUTIC,

                Plaintiff,

    v.

WALMART, INC.; NATIONAL REALTY & DEVELOPMENT CORP., *also known as* NRDC,

                Defendants.

19-CV-9552 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the COVID-19 crisis, the Court will not hold the upcoming post-discovery conference in this case in person. Counsel should still submit their joint letter by April 3, 2020, as directed in the Case Management Plan and Scheduling Order. Dkt. 11. If the parties are unable to submit their joint letter by April 3rd, they shall request an extension to do so. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If not, the Court will hold the conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

      Plaintiff shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated:    April 1, 2020
            New York, New York

                                      RONNIE ABRAMS
                                      United States District Judge